# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY JEROME KINCHEN

NO. 2022 KW 0022

**FEBRUARY 25, 2022**

---

In Re: Anthony Jerome Kinchen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-10-0084.

---

BEFORE: **WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED. State v. Germany,** 2020-00878 (La. 11/4/20), 303 So.3d 631, 632 (per curiam); **State v. Thompson,** 2020-0023 (La. App. 1st Cir. 4/16/21), 324 So.3d 113, 117, writ denied, 2021-00730 (La. 11/3/21), 326 So.3d 893.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT